**PENNSYLVANIA BOARD OF PROBATION AND PAROLE and Pennsylvania Department of Corrections, Appellees.**

**No. 39 EAP 2003.**

Supreme Court of Pennsylvania.

March 30, 2005.

## ORDER

PER CURIAM.

AND NOW, this 30th day of March, 2005, the above captioned appeal is quashed for failure to file a brief.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Harmon WESLEY, Petitioner.**

Supreme Court of Pennsylvania.

April 4, 2005.

## ORDER

PER CURIAM.

AND NOW, this 4th day of April 2005, the Petition for Allowance of Appeal is granted limited to the following issue:

Whether Petitioner received an illegal sentence when the trial court imposed consecutive sentences for the crimes of attempted murder and aggravated assault where there was one victim injured and all shots were fired in one location in a matter of seconds?

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**James August LEHMAN, Respondent.**

Supreme Court of Pennsylvania.

April 5, 2005.

## ORDER

PER CURIAM.

AND NOW, this 5th day of April 2005, the Petition for Allowance of Appeal is GRANTED, limited to the following question:

Whether the detention and boarding of respondent's vessel was valid under the Fourth Amendment of the United States Constitution and Article I, Section 8 of the Pennsylvania Constitution?